UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMUEL GREGORY,<br><br>        Petitioner,<br><br>   v.<br><br>PAT GLEBE,<br><br>        Respondent. | Case No. C09-5346RJB<br><br>ORDER GRANTING EXTENSION OF TIME |

This matter is before the court on petitioner's motion for an extension of time to respond or file an opposition brief to respondent's motion to dismiss. Doc. 11. Respondent does not oppose the motion. Doc. 12.

After reviewing the record, the court GRANTS the motion, and orders as follows:

(l) Petitioner shall file his opposition to the dispositive motion by no later than Monday, January 25, 2010. Respondent shall file a reply, if any, by Thursday, January 28, 2010.

(2) The clerk is directed to set respondent's motion to dismiss, Doc. 9, for consideration on the court's January 29, 2010 motion calendar.

DATED this 10th day of December, 2009.

                                                   J. Richard Creatura
                                                   United States Magistrate Judge

ORDER - 1