# United States District Court
WESTERN DISTRICT OF WASHINGTON

SAMUEL GREGORY

v.

PAT GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5346RJB

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's objections (Dkt. 18) are **OVERRULED**. Petitioner had sufficient opportunity to file substantive objections to the Report and Recommendation; he failed to show that the petitioner for writ of habeas corpus should not be dismissed as time barred. The court concurs with the reasoning and conclusion of the Report and Recommendation. Accordingly, the court **ADOPTS** the Report and Recommendation (Dkt. 17).

Respondent's motion to dismiss (Dkt. 9) is **GRANTED**; and

The petition for writ of habeas corpus is **DISMISSED**.

| June 8, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk